Jackson A. Morris III
Attorney at Law, SBN 072020
974 Ralston Avenue, Ste 2
P O Box 540
Belmont, California 94002
Tel: (650) 595-0643
Fax: (650) 595-0644
E-Mail: **morrisja00@yahoo.com**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: **BAUTISTA, JOHN & BAGUIOLITA** | Case No.:**09-3 0729 SFM-13** |
| SSN ###-##-7341<br>SSN ###-##-9217 | MOTION FOR RELIEF FROM AND TO VACATE MINUTE ORDER DISMISSING CASE<br>( *FRBP Rule 9024* ) |
| Debtor(s) | Date: July 15, 2009, Time: 1:30 PM<br>CtRm: 22,   Judge: Hon. D. Montali |

Debtors JOHN and BAGUIOLITA BAUTISTA through counsel request Relief from the Minute Order of the Court issued on June 10, 2009 dismissing the Chapter 13 case and in support of the Motion herewith file the Declaration of Counsel, Memorandum of Points and Authorities and Notice of Motion.

The Motion is brought under FRBP Rule 9024 and FRCP Rule 60.

The Debtors pray that the Dismissal Order be vacated and the Case be restored to the pre-confirmation Calendar.

Respectfully submitted,

*Jackson A Morris III*   /s/
JACKSON A MORRIS III
Attorney for Debtors JOHN & BAGUIOLITA BAUTISTA