Jackson A. Morris III
Attorney at Law, SBN 072020
974 Ralston Avenue, Ste 2
P O Box 540
Belmont, California 94002
Tel: (650) 595-0643
Fax: (650) 595-0644
E-Mail: **morrisja00@yahoo.com**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: **BAUTISTA, JOHN & BAGUIOLITA** ) ) SSN ###-##-7341 ) SSN ###-##-9217 ) ) ) Debtor(s) ) _____) | CASE NO. 09-3 0729 SFM-13 NOTICE OF MOTION FOR RELIEF FROM AND TO VACATE MINUTE ORDER DISMISSING CASE ( *FRBP Rule 9024* ) Date: July 15, 2009, Time: 1:30 PM CtRm: 22,  Judge: Hon. D. Montali |

PLEASE TAKE NOTICE, that on Wednesday, July 15, 2009 at 1:30 PM or as soon there after as the matter may be heard, the Court will hear and consider the Motion of Debtors for an Order Vacating the Minute Order Dismissing the Chapter 13 Case.  The Motion is based on the Motion, Declarations and Memorandum of Points and Authorities, the case file and such evidence as may be presented at the hearing.

Any opposition to the Motion must be filed and served on the Standing Trustee, Debtors' Counsel and the court in accordance with local and FRBP rules.

Dated: March 24, 2009

           ___***Jackson A Morris III***___ /s/____
                  JACKSON A MORRIS III
            Attorney for Debtors JOHN & BAGUIOLITA
                         BAUTISTA

NOTICE OF MOTION FOR RELIEF FROM AND TO VACATE MINUTE ORDER DISMISSING CASE